UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLLINS CONTRACTING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:05CV817SNL |

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT

Come now the parties and stipulate as follows:

1. Judgment shall be entered in favor of plaintiffs and against defendant in the amount of $10,966.62, which consists of $7,855.76 in delinquent contributions owed for Michael Simone for the period of July 1, 2003 through February 17, 2004, $1,571.15 in liquidated damages and $1,539.71 in interest.

2. Execution on the judgment amount set forth in paragraph 1, above, shall be stayed so long as defendant complies with paragraphs 3 and 4, below.

3. Defendant shall make payments to plaintiffs pursuant to the following schedule:

   1) $456.94 on or before July 15, 2005;

   2) $456.94 on or before August 15, 2005;

   3) $456.94 on or before September 15, 2005;

   4) $456.94 on or before October 15, 2005;

   5) $456.94 on or before November 15, 2005;

   6) $456.94 on or before December 15, 2005;

   7) $456.94 on or before January 15, 2006;

    8)      $456.94 on or before February 15, 2006;

    9)      $456.94 on or before March 15, 2006;

    10)      $456.94 on or before April 15, 2006;

    11)      $456.94 on or before May 15, 2006;

    12)      $456.94 on or before June 15, 2006;

    13)      $456.94 on or before July 15, 2006;

    14)      $456.94 on or before August 15, 2006;

    15)      $456.94 on or before September 15, 2006;

    16)      $456.94 on or before October 15, 2006;

    17)      $456.94 on or before November 15, 2006;

    18)      $456.94 on or before December 15, 2006;

    19)      $456.94 on or before January 15, 2007;

    20)      $456.94 on or before February 15, 2007;

    21)      $456.94 on or before March 15, 2007;

    22)      $456.94 on or before April 15, 2007;

    23)      $456.94 on or before May 15, 2007; and

    24)      $456.94 on or before June 15, 2007.

    4.      Defendant shall submit its reports and contributions to the Carpenters Funds on or before the date due as set forth in the collective bargaining agreement to which defendant is party, or to which defendant becomes party during the period set forth in paragraph 3, above.

    5.      If defendant fails to make a payment when due pursuant to paragraph 3 above, or fails to submit its reports and contributions as required by paragraph 4, above, the entire judgment,

less any payments made, shall become immediately due. If defendant complies with paragraph 3 and 4, above, then payment of the amount referenced in paragraph 3 shall satisfy this judgment.

6. The parties acknowledge that this Stipulation is based upon un-audited reports submitted by defendant, and that if plaintiffs discover through an audit of defendant's records that additional amounts are owed, then plaintiffs shall be entitled to pursue the collection of such amounts.

WHEREFORE, the parties stipulate to entry of a consent judgment according to the above terms.

DIEKEMPER, HAMMOND, SHINNERS,
TURCOTTE AND LARREW, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Telephone: (314) 727-1015
Facsimile: (314) 727-6804

_____
GREG A. CAMPBELL, #2774
Attorneys for Plaintiffs

COLLINS CONTRACTING
201 Arrowhead Hills Drive
Fenton, Missouri 63026

By: _____

Title: V.P.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 7/8/05

3